DERON SCHOOL OF NEW JERSEY, INC. v. STATE OF NEW JERSEY, DEPARTMENT OF EDUCATION AND THE COMMISSIONER OF EDUCATION.

June 7, 1988.

Petition for certification granted and the matter is summarily remanded to the Commissioner of Education to the end that he shall, in turn, remand the matter to an administrative law judge for a hearing on the validity of the regulation as written and as applied.

Jurisdiction is not retained.

STATE OF NEW JERSEY v. MARC YOSKOWITZ.

June 7, 1988.

Petition for certification granted. (See 224 *N.J.Super.* 375)

STATE OF NEW JERSEY v. EUGENE NAZARETH.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. TERRY ZEHL.

June 7, 1988.

Petition for certification denied.